UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.    CASE NO. 8:05-CR-00077-EAK-MSS

WASHINGTON.
_____/

## ORDER ON DEFENDANT'S MOTION

This CAUSE is before this Court on Defendant's, Michael Washington, Motion for Reconsideration (Doc. 52) of this Court's termination of the Defendant's Motion to Compel (Doc. 36). Based upon this Court's *sua sponte* order reducing the Defendant's Sentence (Doc. 48), this Court denied Defendant's Motion to Compel as moot (Doc. 51). It is upon this Court's termination of Defendant's Motion to Compel as moot that the Defendant now requests reconsideration.

This Court reduced the Defendant's previously imposed sentence (Doc. 48) from one hundred and thirty (135) months to one hundred and twenty (120) months or time served, whichever is greater. In Defendant's Motion to Compel, the Defendant requests that this Court exercise its judicial authority by compelling the Government to fully evaluate the Defendant's post sentence cooperation and ultimately order the Government to file a Fed.R.Crim.P. 35(b) motion. Such judicial authority is not granted to the courts to compel the Government to file a Rule 35 motion. Furthermore, the Defendant fails to reveal any unconstitutional motive for the non-filing of a Rule 35 motion. *See Wade v. United States*, 504 U.S. 181 (1992). As this Court lacks the authority to grant Defendant's request, the Government is to evaluate the Defendant's degree of cooperation in accordance with Fed.R.Crim.P 35(b)(2), and if the Government sees fit, to file a Rule 35 motion with this Court. Defendant's Motion for Reconsideration of this Court's termination of the Defendant's Motion to Compel as moot (Doc. 51) is DENIED. Accordingly, it is:

**ORDERED** that the Defendant's, Michael Washington, Motion for Reconsideration of this Court's order terminating Defendant's Motion to Compel as moot based upon this Court's *sua sponte* order is **DENIED**.

CASE NO. 8:05-CR-00077-EAK-MSS

**DONE and ORDERED** in Chambers, in Tampa, Florida, this ___6___th day of June, 2011.

> ELIZABETH A. KOVACHEVICH
> United States District Judge

Copies to: All parties and counsel of record.